**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6774**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

JOSE MANUEL-CALIXT MENDEZ,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.   Louise W. Flanagan, District Judge.   (7:09-cr-00052-FL-1)

_____

Submitted:  September 25, 2014        Decided:  September 30, 2014

_____

Before WILKINSON and AGEE, Circuit Judges, DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jose Manuel-Calixt Mendez, Appellant Pro Se.   Jennifer P. May-Parker, Assistant United States Attorney, Joshua Bryan Royster, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Manuel-Calixt Mendez appeals the district court's order denying relief on his motion for modification of sentence, 18 U.S.C. § 3582 (c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Mendez</u>, No. 7:09-cr-00052-FL-1 (E.D.N.C. Apr. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>